[No. 57795-6-I.  Division One.  March 3, 2008.]

THE STATE OF WASHINGTON, *Appellant*, v. KRISTINA M. FARRENS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-01476-6, John P. Erlick, J., entered January 30, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57988-6-I.  Division One.  March 3, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PAUL GIANNETTI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-06534-2, Bruce W. Hilyer, J., entered February 28, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58306-9-I.  Division One.  March 3, 2008.]

*In the Matter of the Detention of* LOUIS BROCK, *Petitioner*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-2-01736-9, Gerald L. Knight, J., entered April 20, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58691-2-I.  Division One.  March 3, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAD WAYNE RUSTAD, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-01774-3, Steven J. Mura, J., entered July 28, 2006. *Affirmed* by unpublished per curiam opinion.